AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Motz, John F | 2. Court or Organization  U.S. District Court-Maryland | 3. Date of Report  05/12/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007  to  12/31/2007 |
| 7. Chambers or Office Address  U.S. Courthouse - Room 510  101 West Lombard Street  Baltimore, Maryland 21201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee (See note 7) | Sheppard & Enoch Pratt Health System |
| 2. | Trustee | Generation Skipping Trust for Children |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2008 MAY 19 A 11: 48
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F | 05/12/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Brookings Institute | 6/20-22 | Washington, D.C. | Educational Seminar | Lodging and transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F | 05/12/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ N●NE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ExxonMobil | D | Dividend | O | T | | | | | |
| 2. IBM | C | Dividend | M | T | | | | | |
| 3. T. Rowe Price - Tax Exempt | A | Int | K | T | | | | | |
| 4. T. Rowe Price | C | Div | N | T | Inh. | 2/20 | L | | See notes 1 and 2 |
| 5. Sara Lee | A | Div | J | T | | | | | |
| 6. Nicholas Fund | A | Div | L | T | | | | | |
| 7. T. Rowe Price Equity Income Fund | A | Div | L | T | Buy | 8/29 | K | | See note 2 |
| 8. Chevron/Texaco | A | Dividend | K | T | | | | | |
| 9. Campbell Soup | A | Dividend | J | T | | | | | |
| 10. MD. Health Bond | A | Interest | K | T | | | | | |
| 11. AIM-Weingarten (IRA) | A | Div | K | T | | | | | |
| 12. AT&T | B | Div | L | T | Inh. | 2/20 | K | | See note 2 |
| 13. Gen'l Elec | C | Div | L | T | Inh. | 2/20 | K | | See note 2 |
| 14. DuPont DeNemour & Co. | A | Div | J | T | | | | | |
| 15. ExxonMobil Corp. (IRA) | A | Div | L | T | Inh. | 2/20 | K | | See note 2 |
| 16. Apple Computer | A | Div | L | T | | | | | |
| 17. T. Rowe Price-New ERA | A | Dividend | L | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T. Rowe Price - Value | A | Dividend | L | T | | | | | |
| 19. MSDW Liquid Asset | A | Interest | | | Sell | 5/10 | L | A | |
| 20. MSDW Liquid Asset (IRA) | A | Interest | | | Sell | 5/10 | K | A | |
| 21. T. Rowe Price - Capital Opp. (IRA) | A | Dividend | K | T | | | | | |
| 22. T. Rowe Price - Health Sciences (IRA) | A | Dividend | L | T | | | | | |
| 23. T. Rowe Price - New Asia (IRA) | A | Dividend | L | T | | | | | |
| 24. T. Rowe Price - Small - Cap Value (IRA) | A | Dividend | L | T | | | | | |
| 25. T. Rowe Price - Value Fund (IRA) | A | Dividend | L | T | | | | | |
| 26. MSDW Liquid Asset | A | Interest | | | Sell | 5/10 | L | A | |
| 27. T. Rowe Price - Prime Reserve (IRA) | A | Dividend | K | T | | | | | |
| 28. Merck | B | Dividend | L | T | Inh. | 2/20 | L | | See note 2 |
| 29. Merck | | | | | | | | | See note 3 |
| 30. Cisco Systems (IRA) | A | Dividend | | | Sell | 6/4 | J | A | |
| 31. MSDW American Opportunity/Focus Growth Fund (IRA) | A | Dividend | | | Sell | 4/25 | K | A | |
| 32. MSDW Dividend Growth B (IRA) | A | Dividend | | | Sell | 4/25 | K | A | |
| 33. MSDW Aggressive Equity (IRA) | A | Dividend | | | Sell | 4/25 | J | A | |
| 34. MSDW Total Market Fund (IRA) | A | Dividend | | | Sell | 4/25 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | I =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CVS | A | Dividend | K | T | | | | | |
| 36. John Hancock Tech. (IRA) | A | Dividend | | | Sell | 6/4 | J | A | |
| 37. John Hancock Fin. (IRA) | A | Dividend | | | Sell | 6/4 | J | A | |
| 38. T. Rowe Price | | | | | | | | | See note 4 |
| 39. Pepsico | B | Dividend | L | T | | | | | See note 2 |
| 40. U.S. Treasury Bonds (IRA) | A | Interest | K | T | | | | | |
| 41. Baltimore County Bond | A | Interest | J | T | | | | | |
| 42. Montgomery County Bond | A | Interest | K | T | | | | | |
| 43. Global Dividend Growth-B | A | Dividend | | | Sell | 4/25 | K | A | |
| 44. Special Value Fund A | A | Dividend | | | Sell | 4/25 | J | A | |
| 45. Charles County Bond | A | Dividend | J | T | | | | | |
| 46. Discover Bank CD (IRA) | A | Interest | | | Redeem | 5/4 | J | A | |
| 47. Altria | A | Dividend | K | T | | | | | |
| 48. BP | A | Dividend | | | Sell | 3/6 | K | A | |
| 49. Kimberly Clark | A | Dividend | | | Sell | 3/6 | K | A | |
| 50. Kraft | A | Dividend | | | Sell | 3/6 | J | A | |
| 51. Yum Brands | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AIG | A | Dividend | M | T | | | | | |
| 53. Black & Decker | B | Dividend | L | T | Inh. | 2/20 | K | | See note 2 |
| 54. Constellation Energy | A | Dividend | M | T | | | | | |
| 55. PNC | B | Dividend | M | T | | | | | |
| 56. T. Rowe Price New Horizons Fund | A | Dividend | K | T | | | | | |
| 57. T. Rowe Price Md. Tax-Free Bond Fund | A | Dividend | M | T | | | | | |
| 58. T. Rowe Price Blue Chip Growth (GST) | A | Dividend | M | T | | | | | See note 5 |
| 59. T. Rowe Price International Bond (GST) | A | Dividend | K | T | | | | | See note 5 |
| 60. T. Rowe Price International Stock (GST) | A | Dividend | K | T | | | | | See note 5 |
| 61. T. Rowe Price Prime Reserve (GST) | A | Dividend | N | T | Pt. Sell | 8/29 | M | | See note 5 |
| 62. TRP Equity Income (GST) | B | Dividend | K | T | Buy | 8/29 | L | | |
| 63. TRP Growth Stock (GST) | B | Dividend | L | T | Buy | 8/29 | L | | |
| 64. TRP Spectrum Growth (GST) | B | Dividend | L | T | Buy | 8/29 | L | | |
| 65. TRP Equity Income (IRA) | A | Dividend | J | T | Buy | 8/29 | J | | |
| 66. TRP Growth Stock (IRA) | A | Dividend | K | T | Buy | 8/29 | K | | |
| 67. TRP Spectrum Growth (IRA) | A | Dividend | J | T | Buy | 8/29 | J | | |
| 68. TRP Prime Reserve (IRA) | A | Dividend | M | T | Buy | 8/29 | M | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Exxon Mobil (IRA) | A | Dividend | L | T | | | | | See note 6 |
| 70. TRP Growth Stock | A | Dividend | K | T | Buy | 8/29 | K | | |
| 71. TRP Spectrum Growth | A | Dividend | K | T | Buy | 8/29 | K | | |
| 72. Summit Cash Reserve | A | Interest | L | T | Buy | 8/29 | L | | |
| 73. AES Corp | A | Dividend | L | T | Inh | 2/20 | L | | |
| 74. Direct TV | A | Dividend | K | T | Inh | 2/20 | K | | |
| 75. Duke Realty | A | Dividend | K | T | Inh | 2/20 | L | | |
| 76. Macy's | A | Dividend | L | T | Inh | 2/20 | L | | |
| 77. Praxair | A | Dividend | M | T | Inh | 2/20 | L | | |
| 78. Union Pacific | A | Dividend | L | T | Inh | 2/20 | K | | |
| 79. Wash. Real Estate Inv. Trust | A | Dividend | M | T | Inh | 2/20 | L | | |
| 80. Standard & Poors Depository Receipts | B | Dividend | M | T | Inh | 11/1 | M | | |
| 81. Alleghany Cty. Bond | A | Interest | K | T | Inh | 11/1 | K | | |
| 82. Fla. Housing Bond | A | Interest | K | T | Inh | 11/1 | K | | |
| 83. Ohio Water Bond | A | Interest | K | T | Inh | 11/1 | K | | |
| 84. Springfield, Pa Bond | A | Interest | K | T | Inh | 11/1 | K | | |
| 85. Univ. of Md. Bond | B | Interest | L | T | Inh | 2/20 | L | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. TRP Prime Reserve | C | Interest | P1 | T | Buy | Var | P1 | | |
| 87. Agilent Tech | A | Dividend | | | Inh | 2/20 | K | | |
| 88. Agilent Tech | A | Dividend | | | Sell | 3/6 | K | A | |
| 89. Anadarko Pete | A | Dividend | | | Inh | 2/20 | K | | |
| 90. Anadarko Pete | A | Dividend | | | Sell | 3/6 | K | A | |
| 91. Boston Scientific | A | Dividend | | | Inh | 2/20 | J | | |
| 92. Boston Scientific | A | Dividend | | | Sell | 3/6 | J | A | |
| 93. Comcast | A | Dividend | | | Inh | 2/20 | K | | |
| 94. Comcast | A | Dividend | | | Sell | 3/6 | K | A | |
| 95. Dycon Ind | A | Dividend | | | Inh | 2/20 | J | | |
| 96. Dycon Ind | A | Dividend | | | Sell | 3/6 | J | A | |
| 97. Intel | A | Dividend | | | Inh | 2/20 | J | | |
| 98. Intel | A | Dividend | | | Sell | 3/6 | J | A | |
| 99. J P Morgan Chase | A | Dividend | | | Inh | 2/20 | K | | |
| 100. J P Morgan Chase | A | Dividend | | | Sell | 3/6 | K | A | |
| 101. Johnson & Johnson | A | Dividend | | | Inh | 2/20 | L | | |
| 102. Johnson & Johnson | A | Dividend | | | Sell | 3/6 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Matsushita Elec | A | Dividend | | | Inh | 2/20 | J | | |
| 104. Matsushita Elec | A | Dividend | | | Sell | 3/6 | J | A | |
| 105. Pfizer | A | Dividend | | | Inh | 2/20 | K | | |
| 106. Pfizer | A | Dividend | | | Sell | 3/6 | K | A | |
| 107. Proctor & Gamble | A | Dividend | | | Inh | 2/20 | K | | |
| 108. Proctor & Gamble | A | Dividend | | | Sell | 3/6 | K | A | |
| 109. Royal Dutch Shell | A | Dividend | | | Inh | 2/20 | L | | |
| 110. Royal Dutch Shell | A | Dividend | | | Sell | 3/6 | L | A | |
| 111. Symantec | A | Dividend | | | Inh | 2/20 | K | | |
| 112. Symantec | A | Dividend | | | Sell | 3/6 | K | A | |
| 113. Time Warner | A | Dividend | | | Inh | 2/20 | K | | |
| 114. Time Warner | A | Dividend | | | Sell | 3/6 | K | A | |
| 115. Verigy Ltd | A | Dividend | | | Inh | 2/20 | J | | |
| 116. Verigy Ltd | A | Dividend | | | Sell | 3/6 | J | A | |
| 117. Wachovia | A | Dividend | | | Inh | 2/20 | L | | |
| 118. Wachovia | A | Dividend | | | Sell | 3/6 | L | A | |
| 119. Zimmer Holdings | A | Dividend | | | Inh | 2/20 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Zimmer Holdings | A | Dividend | | | Sell | 3/6 | K | A | |
| 121. Alexandria, Va Bond | A | Interest | | | Inh | 2/20 | K | | |
| 122. Alexandria, Va Bond | A | Interest | | | Redeem | 6/15 | K | A | |
| 123. Balto. County Bond | B | Interest | | | Inh | 2/20 | L | | |
| 124. Balto. County Bond | B | Interest | | | Redeem | 7/2 | L | A | |
| 125. Oak Park, Ill Bond | A | Interest | | | Inh | 2/20 | K | | |
| 126. Oak Park, Ill. Bond | A | Interest | | | Redeem | 11/1 | K | A | |
| 127. Oak Park, Mich. Bond | A | Interest | | | Inh | 2/20 | K | | |
| 128. Oak Park, Mich. Bond | A | Interest | | | Redeem | 5/1 | K | A | |
| 129. Pequannock Twp. Bond | A | Interest | | | Inh | 2/20 | | | |
| 130. Pequannock Twp. Bond | A | Interest. | | | Redeem | 6/1 | K | A | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 $25,000,000 | |
| | P3 =$25,000,001 $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Motz, John F | 05/12/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Investments - Note 1 - Not a mutual fund.

Investments - Note 2 - Some stock in this company has been previously held and previously reported; additional holdings were inherited or purchased

Investments - Note 3 - This entry for Merck merged into previous entry (28) for Merck.

Investments - Note 4 - This entry for T. Rowe Price merged into previous entry (4) for T. Rowe Price.

Investments - Note 5 - "GST" means "Generation Skipping Trust."

Investments - Note 6 - Reported with other Exxon Mobil holdings in previous entry for Exxon Mobil (1) in previous years.

Positions - Note 7 - Please note that I have reported in Part I that I am a Trustee of the Sheppard & Enoch Pratt Health System which is a non-profit organization in which I have no financial interest

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544